# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| Teiza J McClattie | * | CHAPTER 13 |
| | * | CASE NO.: 11-11652 |
| *Debtor.* | * | |
| | * | |

## NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

DATED this 8th day of DECEMBER, 2015.

_____
Zane P. Leiden
Attorney for Debtor(s)

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE | * |
| | *    CHAPTER 13 |
| Teiza J McClattie | *    CASE NO.: 11-11652 |
| *Debtor.* | * |
| | * |

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

   a) Increase payments as follows:

   b) Reduce payments as follows:

   c) Surrender the following property:

   d) Other provisions: **Reduce dividend to general unsecured creditors to no less than 25% or a pro rate share of $17,000.00.**

2. Debtor(s) asserts as the basis for the modification the following facts: **Debtor is current in her payments and cannot afford to increase her payments to $714.00 per month.**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

_____
Debtor

12-4-15
_____
Debtor

Dated: 12/7/15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE

Teiza J McClattie,

    *Debtor.*

CHAPTER 13
CASE NO.: 11-11652

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION & MODIFICATION OF PLAN AFTER CONFIRMATION** upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

See Attached

DATED this 8 day of Dec, 2015.

                                                                           LEIDEN and LEIDEN

                                        By:

                                                                  Amy Tomlinson

330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

```
Label Matrix for local noticing          Bank of America Home Loans              Bank of America, N.A.
113J-1                                   PO Box 5170                             Successor by Merger to BAC Home Loans
Case 11-11652-SDB                        Simi Valley CA 93062-5170               Stites & Harbison, PLLC
Southern District of Georgia                                                     303 Peachtree Street NE
Augusta                                                                          2800 Suntrust Plaza
Tue Dec  8 14:35:28 EST 2015                                                     Atlanta, GA 30308

Bank of America, NA, Successor by Merger to   Barclays Bank Delaware             Ron C Bingham II
                                         c/o Financial Recovery                  Baker, Donelson, Bearman, Caldwell & Ber
                                         PO Box 385908                           Monarch Plaza, Suite 1600
                                         Minneapolis MN 55438-5908               3414 Peachtree Road, NE
                                                                                 Atlanta, GA 30326-1153

Bluegreen Resorts Mgmt                   Brown and Radiology                     Brown and Radiology Associates
PO Box 105192                            PO Box 3845                             c/o Medical Credit Services
Atlanta GA 30348-5192                    Augusta GA 30914-3845                   PO Box 3201
                                                                                 Augusta GA 30914-3201


CACH, LLC                                CANDICA, LLC                            CR Evergreen II, LLC
4340 S. MONACO ST.                       C O WEINSTEIN AND RILEY, PS             MS 550
2ND FLOOR                                2001 WESTERN AVENUE, STE 400            PO Box 91121
DENVER, CO 80237-3485                    SEATTLE, WA 98121-3132                  Seattle, WA 98111-9221


Chris C Carlson MD                       Citi Card                               CitiFinancial Services, Inc asf OneMain Fina
1430 B Harper Street                     PO Box 6500                             P.O. Box 140069
Augusta GA 30901-0619                    Sioux Falls SD 57117-6500               Irving, TX  75014-0069


CitiMortgage, Inc                        Discover Bank                           Discover Financial Services
Pendergast & Associates, P.C.            DB Servicing Corporation                PO Box 3025
South Terraces, Suite 1000               PO Box 3025                             New Albany OH 43054-3025
115 Perimeter Center Place               New Albany, OH  43054-3025
Atlanta, GA 30346-1281

East Bay Funding, LLC                    Evans Imaging                           GE Money Bank c/o Recovery Management System
c/o Resurgent Capital Services           PO Box 3125                             25 S.E. 2nd Avenue, Suite 1120
PO Box 288                               Augusta GA 30914-3125                   Miami, FL 33131-1605
Greenville, SC 29602-0288


GE Money Bank c/o Recovery Management System   Internal Revenue Service          Lanier Collection Agency
25 SE 2nd Ave Ste 1120                   Centralized Insolvency Operations       PO Box 15519
Miami, FL 33131-1605                     PO Box 7346                             Savannah GA 31416-2219
                                         Philadelphia PA 19101-7346


Huon Le                                  Zane P. Leiden                          Taylor Schlairet Mansell
P O Box 2127                             Leiden & Leiden                         Shapiro Pendergast & Hasty, LLP
Augusta, GA 30903-2127                   330 Telfair Street                      2872 Woodcock Blvd, Ste 100
                                         Augusta, GA 30901-2450                  Atlanta, GA 30341-4015


Anthony Maselli                          Teiza J McClattie                       Nuclear Med and Path Assoc
Shapiro, Pendergast & Hasty, LLP         703 Hidden Lane                         PO Box 281167
2872 Woodcock Blvd.                      Martinez, GA 30907-3009                 Atlanta GA 30384-1167
Suite 100
Atlanta, GA 30341-4015
```

| | | |
|---|---|---|
| OneMain Financial<br>Bankruptcy Dept<br>PO Box 140489<br>Irving TX 75014-0489 | Physicians Practice Group<br>c/o NRS<br>PO Box 8005<br>Cleveland, TN 37320-8005 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sean R. Quirk<br>Shapiro & Swertfeger<br>2872 Woodcock Blvd., Suite 100<br>Atlanta, GA 30341-4015 | Selene Finance, LP<br>9990 Richmond Ave, Suite 400S<br>Houston, TX 77042-8500 | Selene Finance, LP<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042 |
| U.S. Attorney<br>Augusta Office - IRS<br>P O Box 2017<br>Augusta, GA 30903-2017 | University Anesthesiology<br>PO Box 3967<br>Augusta GA 30914-3967 | University Health Care System<br>Collections Division<br>620 13th Street<br>Augusta GA 30901-1008 |
| Wells Fargo Bank<br>PO Box 536205<br>Atlanta GA 30353-6205 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>X2303-01A - 1 Home Campus<br>Des Moines, IA 50328-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK, VA 23541 | (d)Portfolio Recovery Associates, LLC.<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     1<br>Total                  41 |